United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE GUADALUPE VILLANUEVA MANCILLA, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-02921 |
| RANDALL TATE, *et al.*, | § § § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting habeas relief (Doc. #9) and having considered the status report (Doc. #10) filed by Respondents, the Court now enters final judgment in this case.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

MAY 2 8 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge